HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERALD D. ENQUIST,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Defendant. | No. 12-cv-5529-RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>(Dkt. #2) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The case is **DISMISSED WITH PREJUDICE**;

(3) A certificate of appealability is denied.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE